Kathleen DUNSFORD,
Plaintiff-Appellant,

v.

William C. MAC DONALD
Defendant-Respondent.

No. 46327.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 3, 1984.

Donald S. Hilleary by Susan B. Blaney, Clayton, for plaintiff-appellant.

Brent W. Baldwin, St. Louis, for defendant-respondent.

ORDER

PER CURIAM.

This is an appeal from a jury verdict in favor of respondent in a medical malpractice action.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 84.16(b)(5).